IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WALTER FOSTER,                  )
                                )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )     2:16cv795-MHT
                                )         (WO)
CVS AL DISTRIBUTION, LLC,       )
et al.,                         )
                                )
     Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) This lawsuit is dismissed without prejudice.

(2) No costs are taxed.

(3) All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of January, 2017.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**